UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Donald Courtney Biggs,                     File No. 24-cv-3672 (ECT/DJF)

    Plaintiff,

v.                                          **ORDER**

King, *Warden*,

    Defendant.

---

Petitioner Donald Courtney Biggs filed a Petition for a Writ of Habeas Corpus [ECF No. 1], and a Motion to Expedite Proceedings [ECF No. 3]. On October 11, 2024, Magistrate Judge Dulce J. Foster issued a Report and Recommendation. ECF No. 8. On October 28, 2024, Mr. Biggs filed a motion for leave to withdraw his Petition due to mootness [ECF No. 9], which is construed as a notice of voluntary dismissal. In light of Mr. Biggs's notice of voluntary dismissal [ECF No. 9], **IT IS ORDERED THAT**:

    1.    The Report and Recommendation [ECF No. 8] is **REJECTED AS MOOT**.

    2.    Mr. Biggs's Motion to Expedite Proceedings [ECF No. 3] is **DENIED AS MOOT**.

    3.    This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Procedure 41(a)(1)(A)(i).

Dated:  November 4, 2024          s/ Eric C. Tostrud
                                            Eric C. Tostrud
                                            United States District Court